IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13 NO.:

JAMES E. MARION &                                          11-10530-JDW
ELIZABETH J. MARION

## ORDER

THIS CAUSE came on for hearing on *Trustee's Objection to the Proof of Claim (Clm. #14)* filed herein by UCS on behalf of Sunset Cardio Services, LLC; after notice and opportunity for hearing and the Court being fully advised in the premises does hereby find and Order as follows:

1. No response has been timely filed herein.

2. Trustee's objection is hereby sustained.

3. The claim of UCS on behalf of Sunset Cardio Services, LLC (Clm. #14) is for a post-petition debt and shall be disallowed and not paid through this plan.

SO ORDERED, this the 12 day of December, 2013.

_____
U. S. BANKRUPTCY JUDGE

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
G. Adam Sanford (MSB 103482)
6360 I-55 North, Suite 140
Post Office Box 55829
Jackson, Miss. 39296
(601) 355-6661
ssmith@barkley13.com